**RECEIVED**

OCT - 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL R. COFFMAN                    CIVIL ACTION NO.  1:12-CV-841

VERSUS                                JUDGE JAMES T. TRIMBLE, JR.

RICARDO MARTINEZ                      MAGISTRATE JUDGE KIRK

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition in the captioned matter is DISMISSED FOR LACK OF JURISDICTION.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 3rd day of _____October_____, 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE